# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

In Re: §
§
BELL AVIATION SUPPLY, LTD., § Case No. 15-01068
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/14/2015 . The undersigned trustee was appointed on 01/14/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 15,500.00

    Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

    Leaving a balance on hand of[1]    $ 15,500.00

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 05/29/2015 and the deadline for filing governmental claims was 07/13/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,300.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,300.00 , for a total compensation of $ 2,300.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 32.06 , for total expenses of $ 32.06 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/18/2018              By:/s/JOSEPH E. COHEN
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 15-01068  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BELL AVIATION SUPPLY, LTD., | Date Filed (f) or Converted (c): | 01/14/15 (f) |
| | | 341(a) Meeting Date: | 02/06/15 |
| For Period Ending: | 04/18/18 | Claims Bar Date: | 05/29/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts  First Midwest Bank  checking | 2,768.89 | 0.00 | | 0.00 | FA |
| 2. Accounts Receivable  approximately 5 deemed collectible--list available | 3,000.00 | 0.00 | | 0.00 | FA |
| 3. Office Equipment  one pallet of computers, office supplies and related | 500.00 | 0.00 | | 0.00 | FA |
| 4. Inventory  three pallets of miscellaneous inventory at book value | 45,000.00 | 0.00 | | 0.00 | FA |
| 5. FRAUDULATE CONVEYANCES (u) | 0.00 | 40,000.00 | | 15,500.00 | FA |
| TOTALS (Excluding Unknown Values) | $51,268.89 | $40,000.00 | | $15,500.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS FINALLY RECEIVED SETTLEMENT CHECK FROM CITIBANK AND FILING TFR - 4/13/2018. TRUSTEE HAS SETTLED ONE ADVERSARY, 2 REMAINING - 1/8/2018. THREE ADVERSARY CASES PENDING; NEXT STATUS HEARING 8/11/17 - 6/27/17.  TRUSTEE LITIGATION CONTINUES - 4/30/17. TRUSTEE FILED MULTIPLE ADVERSARY COMPLAINTS WITH RESPECT TO POSSIBLE FRAUDULENT TRANSFERS -  1/11/17.  TRUSTEE CONDUCTING PREFERENCE ANALYSIS - 10/30/16. NO CHANGE - 7/30/16. HAVE REQUESTED ADDITIONAL RECORDS - 4/30/16. TRUSTEE STILL REVIEWING RECORDS - 01/20/16. TRUSTEE REVIEWING BOOKS AND RECORDS - Oct. 31, 2015. TRUSTEE HAS REQUESTED DOCUMENTS TO CONDUCT A PREFERENCE ANALYSIS - July 30, 2015.

Initial Projected Date of Final Report (TFR): 04/30/17     Current Projected Date of Final Report (TFR): 03/31/18

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 15-01068 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BELL AVIATION SUPPLY, LTD., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6231 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9133 | | | |
| For Period Ending: | 04/18/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/27/15 | | PNC BANK | BANK PROCEEDS<br>Funds belonging to related case (Heinzen #15-01053) deposited in error | 1280-002 | 4,000.00 | | 4,000.00 |
| * 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,990.00 |
| * 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,980.00 |
| * 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,970.00 |
| * 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,960.00 |
| * 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,950.00 |
| * 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,940.00 |
| * 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,930.00 |
| * 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,920.00 |
| * 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,910.00 |
| * 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,900.00 |
| * 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,890.00 |
| 02/16/16 | 300001 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Bond #10BSBGR6291 | 2300-000 | | 2.78 | 3,887.22 |
| * 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,877.22 |
| * 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,867.22 |
| * 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,857.22 |
| * 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,847.22 |
| * 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,837.22 |
| * 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,827.22 |
| * 08/31/16 | | ASSOCIATED BANK | REVERSAL OF BANK SERVICE FEES | 2600-003 | 170.00 | | 3,997.22 |
| 09/15/16 | | JOSEPH E. COHEN, TRUSTEE<br>105 W MADISON, STE 1100<br>CHICAGO, IL  60602 | REFUND OF BOND PAYMENT | 2300-002 | | -2.78 | 4,000.00 |

Page Subtotals        4,170.00        170.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 15-01068 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BELL AVIATION SUPPLY, LTD., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6231 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9133 | | | |
| For Period Ending: | 04/18/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/19/16 | 300002 | JOSEPH E. COHEN, TRUSTEE FOR ESTATE OF JOHN HEINZEN | TRANSFER FUNDS TO HEINZEN CASE TRANSFER FUNDS TO JOHN HEINZEN CASE NO. 15-01053 | 1280-002 | -4,000.00 | | 0.00 |
| * 04/17/17 | | Reverses Adjustment IN on 08/31/16 | REVERSAL OF BANK SERVICE FEES | 2600-003 | -170.00 | | -170.00 |
| * 04/17/17 | | Reverses Adjustment OUT on 04/07/15 | BANK SERVICE FEE | 2600-003 | | -10.00 | -160.00 |
| * 04/17/17 | | Reverses Adjustment OUT on 05/07/15 | BANK SERVICE FEE | 2600-003 | | -10.00 | -150.00 |
| * 04/17/17 | | Reverses Adjustment OUT on 06/05/15 | BANK SERVICE FEE | 2600-003 | | -10.00 | -140.00 |
| * 04/17/17 | | Reverses Adjustment OUT on 07/07/15 | BANK SERVICE FEE | 2600-003 | | -10.00 | -130.00 |
| * 04/17/17 | | Reverses Adjustment OUT on 08/07/15 | BANK SERVICE FEE | 2600-003 | | -10.00 | -120.00 |
| * 04/17/17 | | Reverses Adjustment OUT on 09/08/15 | BANK SERVICE FEE | 2600-003 | | -10.00 | -110.00 |
| * 04/17/17 | | Reverses Adjustment OUT on 10/07/15 | BANK SERVICE FEE | 2600-003 | | -10.00 | -100.00 |
| * 04/17/17 | | Reverses Adjustment OUT on 11/06/15 | BANK SERVICE FEE | 2600-003 | | -10.00 | -90.00 |
| * 04/17/17 | | Reverses Adjustment OUT on 12/07/15 | BANK SERVICE FEE | 2600-003 | | -10.00 | -80.00 |
| * 04/17/17 | | Reverses Adjustment OUT on 01/08/16 | BANK SERVICE FEE | 2600-003 | | -10.00 | -70.00 |
| * 04/17/17 | | Reverses Adjustment OUT on 02/05/16 | BANK SERVICE FEE | 2600-003 | | -10.00 | -60.00 |
| * 04/17/17 | | Reverses Adjustment OUT on 03/07/16 | BANK SERVICE FEE | 2600-003 | | -10.00 | -50.00 |
| * 04/17/17 | | Reverses Adjustment OUT on 04/07/16 | BANK SERVICE FEE | 2600-003 | | -10.00 | -40.00 |
| * 04/17/17 | | Reverses Adjustment OUT on 05/06/16 | BANK SERVICE FEE | 2600-003 | | -10.00 | -30.00 |
| * 04/17/17 | | Reverses Adjustment OUT on 06/07/16 | BANK SERVICE FEE | 2600-003 | | -10.00 | -20.00 |
| * 04/17/17 | | Reverses Adjustment OUT on 07/08/16 | BANK SERVICE FEE | 2600-003 | | -10.00 | -10.00 |
| * 04/17/17 | | Reverses Adjustment OUT on 08/05/16 | BANK SERVICE FEE | 2600-003 | | -10.00 | 0.00 |
| * 03/30/18 | 5 | CITIBANK, N.A. | Settlement of Adversary | 1241-003 | 15,500.00 | | 15,500.00 |
| 04/09/18 | 5 | CITIBANK, N.A. | Settlement of Adversary | 1241-000 | 15,500.00 | | 31,000.00 |
| * 04/16/18 | 5 | CITIBANK, N.A. | Settlement of Adversary Check referred to maker | 1241-003 | -15,500.00 | | 15,500.00 |

Page Subtotals     11,330.00     -170.00

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 15-01068 -ABG |
| Case Name: | BELL AVIATION SUPPLY, LTD., |
| Taxpayer ID No: | *******9133 |
| For Period Ending: | 04/18/18 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6231  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 15,500.00 | 0.00 | 15,500.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 15,500.00 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 15,500.00 | 0.00 | |
| | | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | | ACCOUNT BALANCE |
| | | | Checking Account (Non-Interest Earn - *******6231 | 15,500.00 | 0.00 | | 15,500.00 |
| | | | | ---------------------- | ---------------------- | | ---------------------- |
| | | | | 15,500.00 | 0.00 | | 15,500.00 |
| | | | | ============== | ============== | | ============== |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | | Total Funds On Hand |

Page Subtotals   0.00   0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 25, 2018 |

Case Number: 15-01068  
Debtor Name: BELL AVIATION SUPPLY, LTD.,

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $2,332.06 | $0.00 | $2,332.06 |
| 001<br>3110-00 | COHEN & KROL<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $4,005.21 | $0.00 | $4,005.21 |
| 001<br>2700-00 | CLERK, US BANKRUPTCY COURT<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Administrative | | $1,050.00 | $0.00 | $1,050.00 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $2.78 | $2.78 | $0.00 |
| 000001<br>070<br>7100-00 | Alfred T Giuliano, Chapter 7 Trustee for<br>Evergreen International Aviation, Inc et<br>c/o ASK LLP<br>2600 Eagan Woods Drive, Suite 400<br>St Paul, Minnesota 55121 | Unsecured | | $2,800.00 | $0.00 | $2,800.00 |
| 000002<br>070<br>7100-00 | First Midwest Bank<br>c/o Ted Bond, Jr<br>200 N King Ave, Suite 203<br>Waukegan, IL 60085 | Unsecured | | $190,034.80 | $0.00 | $190,034.80 |
| 000003<br>080<br>7200-00 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $1,964.81 | $0.00 | $1,964.81 |
| | Case Totals: | | | $202,189.66 | $2.78 | $202,186.88 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-01068
Case Name: BELL AVIATION SUPPLY, LTD.,
Trustee Name: JOSEPH E. COHEN

| | | |
|---|---:|---:|
| Balance on hand | $ | 15,500.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 2,300.00 | $ 0.00 | $ 2,300.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 32.06 | $ 0.00 | $ 32.06 |
| Attorney for Trustee Fees: COHEN & KROL | $ 3,959.70 | $ 0.00 | $ 3,959.70 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 45.51 | $ 0.00 | $ 45.51 |
| Charges: CLERK, US BANKRUPTCY COURT | $ 1,050.00 | $ 0.00 | $ 1,050.00 |
| Other: ADAMS-LEVINE | $ 2.78 | $ 2.78 | $ 0.00 |

| | | |
|---|---:|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 7,387.27 |
| Remaining Balance | $ | 8,112.73 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 192,834.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Alfred T Giuliano, Chapter 7 Trustee for Evergreen International Aviation, Inc et c/o ASK LLP 2600 Eagan Woods Drive, Suite 400 St Paul, Minnesota 55121 | $ 2,800.00 | $ 0.00 | $ 117.80 |
| 000002 | First Midwest Bank c/o Ted Bond, Jr 200 N King Ave, Suite 203 Waukegan, IL 60085 | $ 190,034.80 | $ 0.00 | $ 7,994.93 |
| | Total to be paid to timely general unsecured creditors | | $ | 8,112.73 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 1,964.81 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 1,964.81 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors    $               0.00

Remaining Balance                                         $               0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE