IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF: ) IN CHAPTER 7
)
**BELL AVIATION SUPPLY, LTD.** ) No. 15-01068
)
    Debtor(s) )

## PROOF OF SERVICE

TO:    See Attached List

    I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on May 1, 2018, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300        BY:/s/ Joseph E. Cohen

Alfred T Giuliano, Chapter 7 Trustee for
Evergreen International Aviation, Inc et
c/o ASK LLP
2600 Eagan Woods Drive, Suite 400
St Paul, Minnesota 55121

First Midwest Bank
c/o Ted Bond, Jr
200 N King Ave, Suite 203
Waukegan, IL 60085

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

John E Gierum
Gierum & Mantas
2700 S. River Road, Ste 308
Des Plaines, IL 60018

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604