# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BELL AVIATION SUPPLY, LTD., | § | Case No. 15-01068 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 51,268.89 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants:  8,112.73 | Claims Discharged Without Payment:  NA |
| Total Expenses of Administration:  7,387.27 | |

3) Total gross receipts of $ 15,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 15,500.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 146,188.01 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 12,510.47 | 7,387.27 | 7,387.27 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 66,934.68 | 194,799.61 | 194,799.61 | 8,112.73 |
| **TOTAL DISBURSEMENTS** | $ 213,122.69 | $ 207,310.08 | $ 202,186.88 | $ 15,500.00 |

4) This case was originally filed under chapter 7 on 01/14/2015 . The case was pending for 51 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/31/2019 _____    By:/s/JOSEPH E. COHEN _____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FRAUDULATE CONVEYANCES | 1241-000 | 15,500.00 |
| Non-Estate Receipts | 1280-002 | 0.00 |
| TOTAL GROSS RECEIPTS | | $ 15,500.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Midwest PO Box 9003 Gurnee, IL 60031-9003 | | 61,662.20 | NA | NA | 0.00 |
| | First Midwest PO Box 9003 Gurnee, IL 60031-9003 | | 84,525.81 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 146,188.01 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 2,300.00 | 2,300.00 | 2,300.00 |
| TRUSTEE COMPENSATION:JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 32.06 | 32.06 | 32.06 |
| ADAMS-LEVINE | 2300-000 | NA | 2.78 | 2.78 | 2.78 |
| JOSEPH E. COHEN, TRUSTEE | 2300-002 | NA | -2.78 | -2.78 | -2.78 |
| CLERK, US BANKRUPTCY COURT | 2700-000 | NA | 1,050.00 | 1,050.00 | 1,050.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3110-000 | NA | 7,676.17 | 2,639.80 | 2,639.80 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):JOSEPH E. COHEN | 3110-000 | NA | 1,319.90 | 1,319.90 | 1,319.90 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3120-000 | NA | 132.34 | 45.51 | 45.51 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 12,510.47 | $ 7,387.27 | $ 7,387.27 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ComEd PO Box 6111 Carol Stream, IL  60197-6111 | | 496.98 | NA | NA | 0.00 |
| | Comcast PO Box 3002 Southeastern, PA  19398-3002 | | 1,178.28 | NA | NA | 0.00 |
| | Cooler Smart PO Box 513030 Philadelphia, PA  18175-3030 | | 117.11 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Evergreen A/L C/O ASK, LLP 2600 Eagan Woods Drive, Ste. 400 St. Paul, MN 55121 | | 2,800.00 | NA | NA | 0.00 |
| | First Midwest PO Box 9003 Gurnee, IL  60031-9003 | | 20,083.33 | NA | NA | 0.00 |
| | Groot PO Box 1305 Elk Grove, IL  60009-1305 | | 86.21 | NA | NA | 0.00 |
| | Hawker Pacific PO Box 894524 Los Angeles, CA 90189-4524 | | 16,000.00 | NA | NA | 0.00 |
| | Inventory Locator Services PO Box 843952 Dallas, TX 75284-3952 | | 588.53 | NA | NA | 0.00 |
| | North Shore Gas PO Box 19083 Green Bay, WI  54307-9083 | | 377.66 | NA | NA | 0.00 |
| | North Shore Gas PO Box 19083 Green Bay, WI  54307-9083 | | 194.50 | NA | NA | 0.00 |
| | Sargent Aerospace 7500 NW 26th Street Miami, FL  33122 | | 9,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Spirit Aerosystems PO Box 2978 Wichita, KS 67201-2978 | | 273.00 | NA | NA | 0.00 |
| | Thales Avionics 140 Centennial Avenue Piscataway, NJ 08854 | | 12,393.00 | NA | NA | 0.00 |
| | Turbo Resources 5780 West Oakland Changler, AZ 85226 | | 3,000.00 | NA | NA | 0.00 |
| | Uline PO Box 88741 Chicago, IL 60680-1741 | | 322.92 | NA | NA | 0.00 |
| | XO Com 14239 Collection Center Drive Chicago, IL 60693 | | 23.16 | NA | NA | 0.00 |
| 000001 | ALFRED T GIULIANO, CHAPTER 7 TRUSTE | 7100-000 | NA | 2,800.00 | 2,800.00 | 117.80 |
| 000002 | FIRST MIDWEST BANK | 7100-000 | NA | 190,034.80 | 190,034.80 | 7,994.93 |
| 000003 | AMERICAN EXPRESS BANK, FSB | 7200-000 | NA | 1,964.81 | 1,964.81 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 66,934.68 | $ 194,799.61 | $ 194,799.61 | $ 8,112.73 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:     1

Exhibit 8

Case No:      15-01068     ABG   Judge: A. BENJAMIN GOLDGAR

Case Name:    BELL AVIATION SUPPLY, LTD.,

For Period Ending:  03/31/19

Trustee Name:        JOSEPH E. COHEN

Date Filed (f) or Converted (c):   01/14/15 (f)

341(a) Meeting Date:     02/06/15

Claims Bar Date:     05/29/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts | 2,768.89 | 0.00 | | 0.00 | FA |
|    First Midwest Bank   checking | | | | | |
| 2. Accounts Receivable | 3,000.00 | 0.00 | | 0.00 | FA |
|    approximately 5 deemed collectible--list available | | | | | |
| 3. Office Equipment | 500.00 | 0.00 | | 0.00 | FA |
|    one pallet of computers, office supplies and related | | | | | |
| 4. Inventory | 45,000.00 | 0.00 | | 0.00 | FA |
|    three pallets of miscellaneous inventory at book value | | | | | |
| 5. FRAUDULATE CONVEYANCES (u) | 0.00 | 40,000.00 | | 15,500.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $51,268.89          $40,000.00          $15,500.00          $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DISTRIBUITION HAS BEEN MADE AND ALL CHECKS HAVE CLEARED.  TRUSTEE SUBMITTING HIS TDR - 1/24/19. TRUSTEE HAS FINALLY
RECEIVED SETTLEMENT CHECK FROM CITIBANK AND FILING TFR - 4/13/2018. TRUSTEE HAS SETTLED ONE ADVERSARY, 2 REMAINING -
1/8/2018. THREE ADVERSARY CASES PENDING; NEXT STATUS HEARING 8/11/17 - 6/27/17.  TRUSTEE LITIGATION CONTINUES - 4/30/17.
TRUSTEE FILED MULTIPLE ADVERSARY COMPLAINTS WITH RESPECT TO POSSIBLE FRAUDULENT TRANSFERS -  1/11/17.  TRUSTEE
CONDUCTING PREFERENCE ANALYSIS - 10/30/16. NO CHANGE - 7/30/16. HAVE REQUESTED ADDITIONAL RECORDS - 4/30/16. TRUSTEE
STILL REVIEWING RECORDS - 01/20/16. TRUSTEE REVIEWING BOOKS AND RECORDS - Oct. 31, 2015. TRUSTEE HAS REQUESTED DOCUMENTS
TO CONDUCT A PREFERENCE ANALYSIS - July 30, 2015.

Initial Projected Date of Final Report (TFR): 04/30/17          Current Projected Date of Final Report (TFR): 03/31/18

LFORM1

UST Form 101-7-TDR (10/1/2010)  (Page: 8)

Ver: 22.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit 9

| | |
|---|---|
| Case No: | 15-01068  -ABG |
| Case Name: | BELL AVIATION SUPPLY, LTD., |
| Taxpayer ID No: | *******9133 |
| For Period Ending: | 03/31/19 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | AXOS BANK |
| Account Number / CD #: | *******6231  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 02/27/15 | | PNC BANK | BANK PROCEEDS | 1280-002 | 4,000.00 | | 4,000.00 |
| | | | | Funds belonging to related case (Heinzen #15-01053) deposited in error | | | | |
| * | 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,990.00 |
| * | 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,980.00 |
| * | 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,970.00 |
| * | 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,960.00 |
| * | 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,950.00 |
| * | 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,940.00 |
| * | 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,930.00 |
| * | 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,920.00 |
| * | 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,910.00 |
| * | 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,900.00 |
| * | 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,890.00 |
| | 02/16/16 | 300001 | ADAMS-LEVINE 370 Lexington Avenue Suite 1101 New York, NY  10017 | Bond #10BSBGR6291 | 2300-000 | | 2.78 | 3,887.22 |
| * | 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,877.22 |
| * | 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,867.22 |
| * | 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,857.22 |
| * | 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,847.22 |
| * | 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,837.22 |
| * | 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 3,827.22 |
| * | 08/31/16 | | ASSOCIATED BANK | REVERSAL OF BANK SERVICE FEES | 2600-003 | 170.00 | | 3,997.22 |
| | 09/15/16 | | JOSEPH E. COHEN, TRUSTEE 105 W MADISON, STE 1100 CHICAGO, IL  60602 | REFUND OF BOND PAYMENT | 2300-002 | | -2.78 | 4,000.00 |

Page Subtotals                    4,170.00            170.00

Ver: 22.01

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| | |
|---|---|
| Case No: | 15-01068 -ABG |
| Case Name: | BELL AVIATION SUPPLY, LTD., |
| Taxpayer ID No: | *******9133 |
| For Period Ending: | 03/31/19 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | AXOS BANK |
| Account Number / CD #: | *******6231 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 09/19/16 | 300002 | JOSEPH E. COHEN, TRUSTEE FOR ESTATE OF JOHN HEINZEN | TRANSFER FUNDS TO HEINZEN CASE TRANSFER FUNDS TO JOHN HEINZEN CASE NO. 15-01053 | 1280-002 | -4,000.00 | | 0.00 |
| * | 04/17/17 | | Reverses Adjustment IN on 08/31/16 | REVERSAL OF BANK SERVICE FEES | 2600-003 | -170.00 | | -170.00 |
| * | 04/17/17 | | Reverses Adjustment OUT on 08/05/16 | BANK SERVICE FEE | 2600-003 | | -10.00 | -160.00 |
| * | 04/17/17 | | Reverses Adjustment OUT on 07/08/16 | BANK SERVICE FEE | 2600-003 | | -10.00 | -150.00 |
| * | 04/17/17 | | Reverses Adjustment OUT on 06/07/16 | BANK SERVICE FEE | 2600-003 | | -10.00 | -140.00 |
| * | 04/17/17 | | Reverses Adjustment OUT on 05/06/16 | BANK SERVICE FEE | 2600-003 | | -10.00 | -130.00 |
| * | 04/17/17 | | Reverses Adjustment OUT on 04/07/16 | BANK SERVICE FEE | 2600-003 | | -10.00 | -120.00 |
| * | 04/17/17 | | Reverses Adjustment OUT on 03/07/16 | BANK SERVICE FEE | 2600-003 | | -10.00 | -110.00 |
| * | 04/17/17 | | Reverses Adjustment OUT on 02/05/16 | BANK SERVICE FEE | 2600-003 | | -10.00 | -100.00 |
| * | 04/17/17 | | Reverses Adjustment OUT on 01/08/16 | BANK SERVICE FEE | 2600-003 | | -10.00 | -90.00 |
| * | 04/17/17 | | Reverses Adjustment OUT on 12/07/15 | BANK SERVICE FEE | 2600-003 | | -10.00 | -80.00 |
| * | 04/17/17 | | Reverses Adjustment OUT on 11/06/15 | BANK SERVICE FEE | 2600-003 | | -10.00 | -70.00 |
| * | 04/17/17 | | Reverses Adjustment OUT on 10/07/15 | BANK SERVICE FEE | 2600-003 | | -10.00 | -60.00 |
| * | 04/17/17 | | Reverses Adjustment OUT on 09/08/15 | BANK SERVICE FEE | 2600-003 | | -10.00 | -50.00 |
| * | 04/17/17 | | Reverses Adjustment OUT on 08/07/15 | BANK SERVICE FEE | 2600-003 | | -10.00 | -40.00 |
| * | 04/17/17 | | Reverses Adjustment OUT on 07/07/15 | BANK SERVICE FEE | 2600-003 | | -10.00 | -30.00 |
| * | 04/17/17 | | Reverses Adjustment OUT on 06/05/15 | BANK SERVICE FEE | 2600-003 | | -10.00 | -20.00 |
| * | 04/17/17 | | Reverses Adjustment OUT on 05/07/15 | BANK SERVICE FEE | 2600-003 | | -10.00 | -10.00 |
| * | 04/17/17 | | Reverses Adjustment OUT on 04/07/15 | BANK SERVICE FEE | 2600-003 | | -10.00 | 0.00 |
| * | 03/30/18 | 5 | CITIBANK, N.A. | Settlement of Adversary | 1241-003 | 15,500.00 | | 15,500.00 |
| | 04/09/18 | 5 | CITIBANK, N.A. | Settlement of Adversary | 1241-000 | 15,500.00 | | 31,000.00 |
| * | 04/16/18 | 5 | CITIBANK, N.A. | Settlement of Adversary Check referred to maker | 1241-003 | -15,500.00 | | 15,500.00 |
| | 05/25/18 | 300003 | JOSEPH E. COHEN, Trustee 105 West Madison Street Chicago, IL 60602 | Trustee Fees Trustee Fees | | | 2,332.06 | 13,167.94 |
| | | | Fees    2,300.00 | | 2100-000 | | | |

Page Subtotals    11,330.00    2,162.06

Ver: 22.01

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2                                                                                                    Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit 9

| Case No: | 15-01068  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BELL AVIATION SUPPLY, LTD., | Bank Name: | AXOS BANK |
| | | Account Number / CD #: | *******6231  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9133 | | |
| For Period Ending: | 03/31/19 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/25/18 | 300004 | COHEN & KROL<br>105 West Madison Street<br>Chicago, IL 60602 | Expenses         32.06<br>Attorney for Trustee fees | 2200-000 | | 2,685.31 | 10,482.63 |
| 05/25/18 | 300005 | CLERK, US BANKRUPTCY COURT<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Fees          2,639.80<br>Expenses        45.51<br>Clerk of the Courts Costs (includes | 3110-000<br>3120-000<br>2700-000 | | 1,050.00 | 9,432.63 |
| 05/25/18 | 300006 | JOSEPH E. COHEN<br>105 West Madison St.<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,319.90 | 8,112.73 |
| 05/25/18 | 300007 | Alfred T Giuliano, Chapter 7 Trustee for<br>Evergreen International Aviation, Inc et<br>c/o ASK LLP<br>2600 Eagan Woods Drive, Suite 400<br>St Paul, Minnesota 55121 | Claim 000001, Payment 4.20714% | 7100-000 | | 117.80 | 7,994.93 |
| * 05/25/18 | 300008 | First Midwest Bank<br>c/o Ted Bond, Jr<br>200 N King Ave, Suite 203<br>Waukegan, IL 60085 | Claim 000002, Payment 4.20709%<br>(2-1) Unpaid business loans<br>(2-1)<br>Modified on 2/3/2015 to correct creditor<br>name/address per claim, FR | 7100-003 | | 7,994.93 | 0.00 |
| * 10/10/18 | 300008 | First Midwest Bank<br>c/o Ted Bond, Jr<br>200 N King Ave, Suite 203<br>Waukegan, IL 60085 | Claim 000002, Payment 4.20709% | 7100-003 | | -7,994.93 | 7,994.93 |
| 10/10/18 | 300009 | First Midwest Bank | (2-1) Unpaid business loans<br>(2-1)<br>Modified on 2/3/2015 to correct creditor<br>name/address per claim, FR | 7100-000 | | 7,994.93 | 0.00 |

Page Subtotals                                    0.00            13,167.94

Ver: 22.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 15-01068 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BELL AVIATION SUPPLY, LTD., | Bank Name: | AXOS BANK |
| | | Account Number / CD #: | *******6231 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9133 | | |
| For Period Ending: | 03/31/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 15,500.00 | 15,500.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 15,500.00 | 15,500.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 15,500.00 | 15,500.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******6231) | 15,500.00 | 15,500.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 15,500.00 | 15,500.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00

Ver: 22.01